UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITNEY HANCOCK and JAMIE WHITE, on behalf of themselves and those similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>URBAN OUTFITTERS, INC., and ANTHROPOLOGIE, INC.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-00939-BAH<br>) Hon. Beryl A. Howell<br>) ORAL ARGUMENT REQUESTED<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

  Defendants Urban Outfitters, Inc. and Anthropologie, Inc. (collectively "Urban Outfitters") move to dismiss Plaintiffs' complaint with prejudice. As demonstrated more fully in the accompanying memorandum in support, plaintiffs have failed to plead the necessary elements of a claim under either the Use of Consumer Identification Information Act, D.C. Code §§ 47-3151 *et seq.* (Count I) or the Consumer Protection Procedures Act, D.C. Code §§ 28-3901 *et seq.* (Count II), thus warranting dismissal of the complaint pursuant to Fed. R. Civ. P. 12(b)(6). In addition, plaintiffs' claims are also subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(1), as neither plaintiff has adequately pled that they have suffered "injury in fact" as a result of Urban Outfitters' alleged conduct, and thus they lack standing to assert the claims in the complaint.

  Pursuant to LCvR 78.1, Urban Outfitters requests that the Court schedule an oral hearing on this motion, because it believes such a hearing would materially aid the Court in resolving the motion.

WHEREFORE, Urban Outfitters requests that this motion be granted, that plaintiffs' complaint be dismissed in its entirety, and that this Court award Urban Outfitters all further relief in the circumstances that it deems appropriate and just. For the Court's convenience, a proposed Order is being filed concurrently with this motion.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ James M. Burns
James M. Burns (Bar No. 412319)
1875 Eye St. N.W. – Suite 1200
Washington, D.C. 20006
202-457-0160
JMBurns@dickinson-wright.com

Joseph A. Fink (MI Bar No. P13428)
215 S. Washington Square, Suite 200
Lansing, MI 48933
517-487-4711
JFink@dickinson-wright.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants Urban Outfitters, Inc. and Anthropologie, Inc.*

Dated: August 20, 2013