**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WHITNEY HANCOCK and | ) | |
| JAMIE WHITE, on behalf of | ) | |
| themselves and all others | ) | Civil Action No. 1:13-cv-00939-BAH |
| similarly situated, | ) | Hon. Beryl A. Howell |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URBAN OUTFITTERS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

_____

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION**
**OF TIME TO MOVE FOR CLASS CERTIFICATION**

Plaintiffs Whitney Hancock and Jamie White (collectively "Plaintiffs"), respectfully

move the Court, pursuant to Fed. R. Civ. P. 6, and Local R. 23.1(b), for an extension of time to

move for class certification.  Defendants consent to this request.

In support of Plaintiffs' Consent Motion, Plaintiffs respectfully refer the Court to the

attached Memorandum of Points and Authorities in Support thereof.

A proposed Order granting the Motion is attached hereto for the Court's

convenience.

Dated: September 12, 2013                    Respectfully submitted,

                                             PERRY CHARNOFF PLLC


                                             _____/s/ Scott M. Perry_____
                                             Scott M. Perry (#459841)
                                             Mikhael D. Charnoff (#476583)
                                             2300 Wilson Boulevard, Suite 240
                                             Arlington, VA 22201
                                             P:  703-291-6650
                                             F:  703- 563-6692

scott@perrycharnoff.com
mike@perrycharnoff.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2013, I will electronically file the foregoing Plaintiffs' Consent Motion for Extension of Time to Move for Class Certification with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

James M. Burns, Esq.
Dickinson Wright, PLLC
1875 Eye Street, NW – Suite 1200
Washington, DC 2006
*Counsel for Defendants*

　 /s/ Scott M. Perry
Scott M. Perry

28/mot_enl_cert