**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITNEY HANCOCK and JAMIE WHITE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>URBAN OUTFITTERS, INC., et al.<br><br>    Defendants. | )<br>)<br>) Civil Action No. 1:13-cv-00939-BAH<br>) Hon. Beryl A. Howell<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

___

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION**

In support of their Motion, pursuant to Fed. R. Civ. P. 6 and Local Rule 23.1(b), Plaintiffs state as follows:

1. Plaintiffs filed this proposed class action on June 21, 2013. Pursuant to Local Rule 23.1(b), Plaintiffs are required to move for class certification within 90 days of the filing of the Complaint, September 19, 2013, unless the Court grants an extension.

2. Service was effected on the Defendants on July 1, 2013, making Defendants' initial response due by July 22, 2013. Defendants sought an extension, until August 20, 2013, so that its counsel would have sufficient time to investigate the matter. Plaintiffs agreed to this request, and the Court granted Defendants' Consent Motion seeking this enlargement of time.

3. On August 20, 2013, Defendants filed their initial pleading, a Motion to Dismiss.

4. The briefing schedule makes Plaintiffs' Opposition due on September 13, 2013, and Defendants' Reply on September 25, 2013.

5. No scheduling order has been entered, and due to the pending Motion to Dismiss, no discovery has been conducted.

6. In order to move for class certification, Plaintiffs will need to know the scope of the case as determined by the Court in ruling on the Motion to Dismiss. Likewise, in order to oppose class certification, Defendants will need to know the scope of the case. In addition, discovery may be needed.

7. Local Rule 23.1(b) allows the Court "in the exercise of its discretion" to extend the time for moving for class certification.

8. The parties have consulted and agree that an extension is appropriate. If acceptable to the Court, the parties have agreed that Plaintiffs shall move for class certification within 90 days of the Court's ruling on the Motion to Dismiss. Alternatively, the parties suggest that the Court could establish the date for moving for class certification during the initial scheduling conference.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Consent Motion for an extension of time within which Plaintiff shall move for class certification.

Dated: September 12, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PERRY CHARNOFF PLLC

　　　　　　　　　　　　　　　　　　　　 /s/ Scott M. Perry
　　　　　　　　　　　　　　　　　　　Scott M. Perry (#459841)
　　　　　　　　　　　　　　　　　　　Mikhael D. Charnoff (#476583)
　　　　　　　　　　　　　　　　　　　2300 Wilson Boulevard, Suite 240
　　　　　　　　　　　　　　　　　　　Arlington, VA 22201
　　　　　　　　　　　　　　　　　　　P:  703-291-6650
　　　　　　　　　　　　　　　　　　　F:  703- 563-6692
　　　　　　　　　　　　　　　　　　　scott@perrycharnoff.com
　　　　　　　　　　　　　　　　　　　mike@perrycharnoff.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*